STATE OF CONNECTICUT *v.* RICHARD LOMBARDO

The defendant's petition for certification for appeal from the Appellate Court, 19 Conn. App. 631, is denied.

*Robert M. Casale,* in support of the petition.

*James M. Ralls,* deputy assistant state's attorney, in opposition.

Decided November 29, 1989

FRANK X. LO SACCO *v.* DEBRA M. YOUNG ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 20 Conn. App. 6, is denied.

*Frank X. Lo Sacco,* pro se, in support of the petition.

Decided November 29, 1989

STATE OF CONNECTICUT *v.* SIMON OSTOLAZA

The defendant's petition for certification for appeal from the Appellate Court, 20 Conn. App. 40, is denied.

*James J. Nixon* and *Penny Q. Seaman,* in support of the petition.

*Timothy Sugrue,* deputy assistant state's attorney, in opposition.

Decided November 29, 1989

ALICE M. KALANDYK *v.* JOHN M. KALANDYK

The defendant's petition for certification for appeal from the Appellate Court, 20 Conn. App. 801, is denied.

*John M. Kalandyk,* pro se, in support of the petition.

Decided November 29, 1989